THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN RAPID TRANSIT COMPANY, Appellant, *v.* NATHAN L. MILLER, as Comptroller of the State of New York, Respondent.

*People ex rel. Brooklyn R. T. Co.* v. *Miller*, 85 App. Div. 178, affirmed. (Argued April 28. 1905; decided May 30, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered August 5, 1903, which confirmed the proceedings of the defendant in assessing a franchise tax upon the relator for the year ending October 31, 1901.

*Charles A. Collin* for appellant.

*Julius M. Mayer*, Attorney-General (*Horace McGuire* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

JOHN KENNEALY, Respondent, *v.* WESTCHESTER ELECTRIC RAILWAY COMPANY, Appellant.

*Kennealy* v. *Westchester Electric R. Co.*, 86 App. Div. 293, affirmed. (Argued May 1, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 8, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames, F. A. Gaynor* and *Henry A. Robinson* for appellant.

*Michael J. Tierney* and *John J. Crennan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.